UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 894 and 1951 |
| MICHAEL DAVIS, | ) | |
| aka, "Mickey" | ) | Under Seal |

**INDICTMENT**

**COUNT ONE**

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE GILBERT

The SPECIAL AUGUST 2012 GRAND JURY charges:

Beginning no later than in or about January 2013, and continuing until in or about July 2013, in the Northern District of Illinois, Eastern Division, and elsewhere,

MICHAEL DAVIS, aka "Mickey,"

defendant herein, with others known and unknown to the Grand Jury, knowingly participated in the use of extortionate means, as that term is defined in Title 18, United States Code, Section 891(7), to collect and attempt to collect an extension of credit, as defined in Title 18, United States Code, Section 891(1), from Individual A by the use of express and implied threats of the use of violence and other criminal means to cause harm to the person of Individual A;

In violation of Title 18 United States Code, Section 894.

**FILED**

MAR 1 8 2014
3-18-14
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1

## COUNT TWO

The SPECIAL AUGUST 2012 GRAND JURY charges:

Beginning no later than in or about January 2013, and continuing until in or about July 2013, in the Northern District of Illinois, Eastern Division, and elsewhere,

MICHAEL DAVIS, aka "Mickey,"

defendant herein, with others known and unknown to the Grand Jury, did commit extortion, which extortion obstructed, delayed, and affected commerce, in that DAVIS obtained property, namely money and property of Company A, from Individual A, with Individual A's consent induced by wrongful use of threatened force, violence, and fear;

In violation of Title 18 United States Code, Section 1951.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY